**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Rena Lakina KENNEDY, also known
as Nene, Defendant–Appellant.**

**No. 12–1449.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 18, 2012.

Filed: Jan. 2, 2013.

Thomas More Hollenhorst, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Rena Lakina Kennedy, Waseca, MN, pro se.

Jennifer Marie Macaulay, Macaulay Law Offices, St. Paul, MN, for Defendant–Appellant.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Rena Kennedy appeals the district court's[1] denial of her 18 U.S.C. § 3582(c)(2) sentence-reduction motion, in which she argued that her sentence should be reduced because she was no longer subject to a 10–year statutory minimum sentence after the changes made by the Fair Sentencing Act of 2010. We affirm, as Kennedy's argument is not based on a Guidelines amendment, and thus it is not properly raised in a section 3582(c)(2) motion.

The judgment is affirmed. Counsel's motion to withdraw is granted.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.